HUDSON CIRCLE SERVICENTER, INCORPORATED v.
TOWN OF KEARNY.

April 24, 1975. Cross-petition for certification granted.

RICKER AND AXT v. THE BOARD OF EDUCATION
OF THE TOWNSHIP OF NORTH BERGEN.

April 24, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. LEE ARTHUR FELTON.

April 24, 1975. Petition for certification denied. (See
131 *N. J. Super.* 344).

FRANK J. LATERZA v. EMORY C. SNARE.

April 24, 1975. Petition for certification denied.

VILLAGE FURNITURE COMPANY v.
NEW JERSEY NATURAL GAS COMPANY.

April 24, 1975. Petition for certification denied.